United States District Court
Southern District of Texas
**ENTERED**
July 02, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA DOLORES BUCK, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:24-CV-00010 |
| JET SPECIALTY, INC., | § § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Pursuant to Plaintiff's Unopposed Motion for Voluntary Dismissal (D.E. 17), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on July 2, 2024.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE